**FILED**
January 31, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____PG_____
DEPUTY

# UNITED STATES FEDERAL DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

Kimberly D. Hogan  Pro se
Plaintiff / Appellant

CASE NUMBER: 1:21-CV-00892-RP

Aspire Financial, Inc. D/B/A Aspire Lending
and Council Donald E. Uloth
Defendants / Appellees

## 3RD AMENDED NOTICE OF APPEAL, COMPLAINT, AND REMOVAL FOR FRAUD UPON THE COURT, DENIAL OF DUE PROCESS, EQUAL PROTECTION, AND MEANINGFUL ACCESS TO THE COURT, *RECORDS TAMPERING* <u>CENSORING</u>

*EVIDENCE/EXHIBIT STRIPPING, AND FOR A FRAUDULENT CONCOCTED UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TEXAS AUSTIN DIVISION, RICO AND FEDERAL CRIME VIOLATIONS TO OATH OF OFFICE*

### 1. Plaintiff / Appellant:

Plaintiff: Kimberly D. Hogan Pro se

10015 Lake Creek Pkwy. #621

Austin, Texas 78729

kdhogan@ymail.com

(303)246-1587

### 2. Defendants / Appellees:

Defendant: Aspire Financial, Inc. d/b/a Aspire Lending

4100 Alpha Rd. Suite 300

Dallas, Texas 75244

1

info@aspirelending.com

(877)325-2009

Defendant's Counsel: Donald E. Uloth

Texas Bar No. 20374200

18208 Preston Rd. Suite D-9 #261

Dallas, Texas 75252

Phone:  (855) 952-4645

Fax: (972) 777-6951

Email: don.uloth@uloth.pro

Trial Court Clerk: Dallas County 162nd District Court

Clerk of the Court: Felicia Pitre

600 Commerce Street, Suite 103

Dallas, Texas 75202

(214) 653-7307

felicia.pitre@dallascounty.org

Trial Court Coordinator: Dallas 162nd District Court

Court Coordinator: Melinda Thomas

600 Commerce Street, Room 730 B

Dallas, Texas 75202

(214) 653-7348

mthomas@dallascourts.org