# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 17, 2023

Ms. Kimberly D. Hogan
10015 Lake Creek Parkway
#621
Austin, TX 78729-1732

    No. 23-50090   Hogan v. Aspire Financial
                       USDC No. 1:21-CV-892

Dear Ms. Hogan,

We are taking no action on the copy of Notice of Appeal you filed in district court. District court forwarded it to us. In the future do not send us copies of documents you file in the district court.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                *Lisa E. Ferrara*
                         By: _____
                         Lisa E. Ferrara, Deputy Clerk
                         504-310-7675