# UNITED STATES FEDERAL DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

Kimberly D. Hogan Pro se
Plaintiff / Appellant

CASE NUMBER: 1:21-CV-00892-RP

Aspire Financial, Inc. D/B/A Aspire Lending
and Council Donald E. Uloth
Defendants / Appellees

## NOTICE

### Plaintiff / Appellant Change Of Address

Attention Clerk of The Court,

Please Notice the Courts (including the 5th Circuit Court of Appeals) of the change of Address / Residency to: 900 Discovery Blvd. #13102 Cedar Park, Texas 78613

Respectfully,

**/s/ Kimberly D. Hogan**
Kimberly D. Hogan
900 Discovery Blvd. #13102
Cedar Park, Texas 78613
kdhogan@ymail.com
(303)246-1587

March 22, 2023

Kimberly D. Hogan
900 Discovery Blvd.
#13102
Cedar Park, Texas
78613

AUSTIN TX 786

Fifth Circuit Court of Appeals
Clerk of the Court, Lyle W. Cayce
600 South Maestri Place, Suite 115
New Orleans, Louisiana
70130-3408