# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 20, 2023

Ms. Kimberly D. Hogan
900 Discovery Boulevard
Room 13102
Cedar Park, TX 78613

    No. 23-50090   Hogan v. Aspire Financial
                       USDC No. 1:21-CV-892

Dear Ms. Hogan,

The following pertains to your rehearing received in paper form on April 13, 2023. The petition for rehearing en banc is being submitted to the court for consideration.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Casey A. Sullivan, Deputy Clerk
                              504-310-7642