# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 10, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50090   Hogan v. Aspire Financial
                  USDC No. 1:21-CV-892

Enclosed is an order entered in this case.


                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Casey A. Sullivan, Deputy Clerk
                    504-310-7642

Mr. Philip Devlin
Ms. Kimberly D. Hogan