# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 25, 2023

Ms. Kimberly D. Hogan
900 Discovery Boulevard
Room 13102
Cedar Park, TX 78613

    No. 23-50090   Hogan v. Aspire Financial
                  USDC No. 1:21-CV-892

Dear Ms. Hogan,

We are taking no action on the document titled "objection" because
we are unable to determine the relief requested. This case is
closed.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                        *Lisa E. Ferrara*

                        By: _____
                        Lisa E. Ferrara, Deputy Clerk
                        504-310-7675