# United States Court of Appeals
# For the Fifth Circuit

No. 23-50090



Kimberly D. Hogan  Pro se
Plaintiff / Appellant

Appeal from the USDC for the Western District of Texas
USDC CASE NUMBER: 1:21-CV-00892-RP

Aspire Financial, Inc. D/B/A Aspire Lending
and Council Donald E. Uloth
Defendants / Appellees

# OBJECTION!
## 5TH NOTICE WITH ADDITIONAL INDISPUTABLE PROOF OF FRAUD COLLUSION AND TREASON BY THE COURT MOSTLY VIA WEAPONIZED CORRUPT STASI CLERKS JUDICIAL COMPLAINT CONFLICTS OF INTEREST RECUSAL DEMAND FULL PANEL EN BANC HEARING

**1. Plaintiff / Appellant:**

Plaintiff: Kimberly D. Hogan Pro se

900 Discovery Blvd. #13102

Cedar Park, Texas 78613

kdhogan@ymail.com

(303)246-1587

## 2. Defendants / Appellees:

Defendant: Aspire Financial, Inc. d/b/a Aspire Lending

4100 Alpha Rd. Suite 300

Dallas, Texas 75244

info@aspirelending.com

(877)325-2009

Defendant's Counsel: Donald E. Uloth

Texas Bar No. 20374200

18208 Preston Rd. Suite D-9 #261

Dallas, Texas 75252

Phone: (855) 952-4645

Fax: (972) 777-6951

Email: don.uloth@uloth.pro

Trial Court Clerk: Dallas County 162nd District Court

Clerk of the Court: Felicia Pitre

600 Commerce Street, Suite 103

Dallas, Texas 75202

(214) 653-7307

felicia.pitre@dallascounty.org

Trial Court Coordinator: Dallas 162nd District Court

Court Coordinator: Melinda Thomas

600 Commerce Street, Room 730 B

Dallas, Texas 75202

(214) 653-7348

mthomas@dallascourts.org

Appellate Court Clerk: Dallas 5th Court of Appeals

Clerk of the Court: Lisa Matz

600 Commerce Street, Suite 200

Dallas, Texas, 75202

Phone: (214) 712-3450

Fax: (214) 745-1083

TheClerk@5th.txcourts.gov

Supreme Court of Texas Deputy Clerk:

Deputy Clerk of the Court: Kristen Golby

201 W. 14th Street, Room 104

Austin, Texas 78701

(512) 463-1312

kristen.golby@txcourts.gov

Supreme Court of Texas Clerk:

Clerk of the Court: Blake A. Hawthorne

201 W. 14th Street, Room 104

Austin, Texas 78701

(512) 463-1312


U.S. District Judge Robert Pitman

501 West 5th Street, Suite 5300

Austin, Texas 78701

(512) 391-8792


U.S. Magistrate Judge Mark Lane

501 West 5th Street, Suite 7400

Austin, Texas 78701

(512) 916-5896 ext. 8705


Tyler Technologies

5101 Tennyson Parkway

Plano, Texas 75024

(972) 713-3700

info@tylertech.com

Newly Added:

United States Fifth Circuit Court of Appeals

Deputy Clerk Lisa E. Ferrara

600 Maestri Place Suite 115

New Orleans, Louisiana 70130

(504) 310-7675

**Now Newly Added For More FRAUD Upon And BY THE COURT:**

United States Fifth Circuit Court of Appeals

**NOWHERE LISTED** on the ATTACHED BELOW 5th Circuit's Contact List:

**Mystery "Deputy Clerk" Melissa Shanklin**

## FIFTH CIRCUIT CLERK'S OFFICE & JUDGES

600 S. Maestri Place, Suite 115
New Orleans, LA 70130-3408
Main Number (504) 310-7700

Lyle W. Cayce, Clerk of Court
Thomas Plunkett, Chief Deputy Clerk

### Attorney Admissions and Renewals

Attorney Admissions/Renewals.................................................................... 310-7947

### Counsel to Clerk's Office

Timothy Phares, Attorney Advisor............................................................... 310-7665

### Case Administration Division

Peter Conners, Case Administration Manager.............................................. 310-7685

Northern (10000) and Western (50000) Texas

MAIN NUMBER........................................................................................... 310-7806

Amanda Sutton-Foy, Case Manager............................................................ 310-7670

Melissa Courseault, Case Management Clerk ............................................. 310-7701

Lisa Ferrara, Case Management Clerk......................................................... 310-7675

Roeshawn Johnson, Case Management Clerk.............................................. 310-7998

Melissa Mattingly, Case Management Clerk ............................................... 310-7719

Renee McDonough, Generalist..................................................................... 310-7673

Casey Sullivan, Case Management Clerk .................................................... 310-7642

Mary Frances Yeager, Case Management Clerk .......................................... 310-7686

Monica Washington, Case Management Clerk (Prisoner/Pro Se)............... 310-7705

Updated March 15, 2023

Southern (20000) and Eastern (40000) Texas

MAIN NUMBER........................................................................................... 310-7807

Angel Tardie, Case Manager ....................................................................... 310-7715

Nancy Dolly, Opinions Specialist................................................................ 310-7683

Shawn Henderson, Case Management Clerk............................................... 310-7668

Dantrell Johnson, Case Management Clerk ................................................ 310-7689

Rebecca Leto, Case Management Clerk....................................................... 310-7703

Donna Mendez, Case Management Clerk (Prisoner/Pro Se)...................... 310-7677

Christy Rachal, Case Management Clerk..................................................... 310-7651

Also in **NON-VIRUS SEARCHABLE LINK FORMAT HERE:**

https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:ae076566-4ebe-488b-bff5-7c2d2cde
887e

600 Maestri Place Suite 115

New Orleans, Louisiana 70130

Main Number: (504) 310-7700


**AND   John Does and Jane Does  1- 100  Identities Yet to be determined.**


**ATTENTION:** Chief Judge Priscilla Richman, Former Chief Judge Edith Jones, Judge
Jennifer Walker Elrod, Judge James F. Graves Jr., and Judge James Ho,

After waiting Months for a Response to my Appeal and Second Appeal, both Filed on
August 12th, 2022 (well in time before my Statute of Limitation from Final Judgment
Ruling entered July 18th, 2022), I decided to File a 3rd Amended Appeal Filed on
February 3rd 2023 in hopes that one would receive a response, as the saying goes "3rd
time's a charm". I Filed my first two Appeals well before the Statute of Limitation
Deadline of August 17th 2022. And, in fact, according to the Rules, **I Won by Default**
since no one ever responded to me by their Statute of Limitation Deadline of September
11th, 2022. With all that being said, now I want to know which is it? Is it vision
problems, ineptness, Corruption, **FRAUD,** Collusion or TREASON? I received this
Fraudulent "UNPUBLISHED ORDER" from the Clerk/Deputy Clerk, specifically
Deputy Clerk Lisa Ferrara, stating that my MANY YEARS Long Fought Battle Case is
"DISMISSED for want of Jurisdiction". She FALSELY claims I missed filing a timely
notice of appeal by August 17th, 2022. She completely did not look at Docket Entries
22, 23, and 24, or Completely Ignored all three Docket Entries that Prove I Filed on

August 12th, 2022, well before my SOL. Deputy Clerk Ferrara fast forwarded to Docket Entry 25, my 3rd Amended Appeal Dated January 31st, 2023, completely Ignoring Docket Entries 22, 23, and 24, and especially Ignoring the fact that no one ever responded to #24, which means I won by Default. Very Interesting SELECTIVE VISION Problems it appears Deputy Clerk Ferrara suffers from. She was able to see just fine Docket Entry #21 the Final Judgment dated July 18th, 2022, and was able to see Docket Entry #25 my 3rd Amended Appeal just fine. Interesting that the SELECTIVE VISION doesn't notice AT ALL there is NO RESPONSE to my Timely Filed Appeal dated August 12th, 2022, and that I Actually Have Won By Default. ALL THE PROOF CAN BE SEEN HERE ON THE **NON-VIRUS PACER LINK** FOR THIS CASE:
https://www.pacermonitor.com/case/42145060/Hogan_v_Aspire_Financial,_Inc_et_al

Here Attached Below is all the Proof to see, YET AGAIN, this time in a new and Higher Court The Fifth Circuit Court of Appeals, The **FRAUD UPON AND BY THE COURT** Continues:

Proof of **FRAUD** By The Fifth Circuit Court of Appeals Deputy Clerk Lisa Ferrara:

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 28, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 23-50090     Hogan v. Aspire Financial
USDC No. 1:21-CV-892

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Lisa E. Ferrara*

By:
Lisa E. Ferrara, Deputy Clerk
504-310-7675

Ms. Kimberly D. Hogan

Also in **NON-VIRUS SEARCHABLE LINK FORMAT HERE:**

https://acrobat.adobe.com/link/track?uri=urn:aaid:scds:US:aecf9d0e-c161-4dc6-9ae3-cd2ea2ebfb5f

Proof of **FRAUD** Upon and By The Fifth Circuit Court:

Case 23-50090    Document 00516691300    Page: 1    Date Filed: 03/28/2023

# United States Court of Appeals
# for the Fifth Circuit

No. 23-50090

FILED
March 28 2023

Lyle W. Cayce
Clerk

KIMBERLY D. HOGAN,

*Plaintiff—Appellant,*

*versus*

ASPIRE FINANCIAL, INCORPORATED, *doing business as* ASPIRE
LENDING; DONALD E. ULOTH; FELICIA PITRE, *Clerk of the Court*;
DALLAS COUNTY 162ND DISTRICT COURT; MELINDA THOMAS,
*Court Coordinator*; DALLAS 162ND DISTRICT COURT; LISA MATZ,
*Appellate Court Clerk*; DALLAS 5TH COURT OF APPEALS; KRISTEN
GOLBY, *Deputy Clerk of the Court*; SUPREME COURT OF TEXAS;
BLAKE A. HAWTHORNE, *Clerk of the Court*; SUPREME COURT OF
TEXAS; JOHN AND JANE DOES 1-100; TYLER TECHNOLOGIES,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-892

## UNPUBLISHED ORDER

Before ELROD, GRAVES, and HO, *Circuit Judges.*
PER CURIAM:

This court must examine the basis of its jurisdiction, on its own
motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir.

No. 23-50090

2000).  Pursuant to 28 U.S.C. § 2107(a) and Federal Rule of Appellate
Procedure 4(a)(1)(A), the notice of appeal in a civil case must be filed within

Also in **NON-VIRUS SEARCHABLE LINK HERE:**

https://acrobat.adobe.com/link/track?uri=urn:aaid:scds:US:9bbe82ba-0290-4ee6-a1de-eb4a458450cc

**PROOF OF SELECTIVE VISION, INEPTNESS, CORRUPTION, OR COLLUSION:**



Also in **NON-VIRUS SEARCHABLE LINK HERE:**

https://acrobat.adobe.com/link/track?uri=urn:aaid:scds:US:bd3d4f16-d4ad-4719-9e3d-830329fbb87b

Proof of Timely Filed **August 12th, 2022** 2nd Amended Appeal:

Case 1:21-cv-00892-RP Document 24 Filed 08/12/22 Page 1 of 15

**FILED**

**UNITED STATES FEDERAL DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

August 12, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____CC_____

Kimberly D. Hogan  Pro se
Plaintiff / Appellant

CASE NUMBER: 1:21-CV-00892-RP

Aspire Financial, Inc. D/B/A Aspire Lending
and Council Donald E. Uloth
Defendants / Appellees

**2ND AMENDED NOTICE OF APPEAL, COMPLAINT, AND REMOVAL FOR FRAUD**
**UPON THE COURT, DENIAL OF DUE PROCESS, EQUAL PROTECTION, AND**
**MEANINGFUL ACCESS TO THE COURT,** *RECORDS TAMPERING CENSORING*
*EVIDENCE STRIPPING, AND FOR A FRAUDULENT CONCOCTED UNITED STATES DISTRICT*
*COURT WESTERN DISTRICT OF TEXAS AUSTIN DIVISION, RICO AND*
*FEDERAL CRIME VIOLATIONS TO OATH OF OFFICE*

**1. Plaintiff / Appellant:**
Plaintiff: Kimberly D. Hogan Pro se
10015 Lake Creek Pkwy. #621
Austin, Texas 78729
kdhogan@ymail.com
(303)246-1587

**2. Defendants / Appellees:**
Defendant: Aspire Financial, Inc. d/b/a Aspire Lending
4100 Alpha Rd. Suite 300

1

Also in **NON-VIRUS SEARCHABLE LINK HERE:**

https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:b93d124a-8459-4c33-bdde-4392d30a113c

Which It was NEVER RESPONDED TO, therefore I LEGALLY Won by Default!

**NON-VIRUS PACER LINK:**

https://www.pacermonitor.com/case/42145060/Hogan_v_Aspire_Financial,_Inc_et_al

I **DEMAND** THIS CASE BE REOPENED IMMEDIATELY Due To It Being

**FRAUDULENTLY** Dismissed!  The Corruption only continues further with This

Bullcrap Response from **Melissa Shanklin SUPPOSED DEPUTY CLERK** that the

Courts are not permitted to access digital doc links which is a LIE!  See Melissa

Shanklin's additional **FRAUD** BY THE COURT HERE:



Also in **NON-VIRUS SEARCHABLE LINK HERE:**

https://acrobat.adobe.com/link/track?uri=urn:aaid:scds:US:e9a85c63-c60e-4e5a-8c8a-2c8f6f4791b4

All throughout this case and **throughout ALL the previous courts, and inserted in EVERY "ACCEPTED" FILING in ALL the previous courts there have ALWAYS been Attached Searchable Links! THE COURTS HAVE VIRUS PROTECTION!**

Clearly the **FRAUD AND TREASON** BY THE COURT is Rampant and Systemic at the 5th Circuit, with most of it being run on behalf of the highly **Corrupt TREASONOUS Stasi Clerks** actions!

Here is the most recent FRAUD BY THE COURT/CLERKS Ruling I received from Deputy Clerk Casey A. Sullivan, dated May 10th 2023:



I Firmly suspect and believe **Judge Elroy**, **Judge Graves**, and **Judge Ho** have Not
even had the chance to see Anything to do with my Case, due to **TREASONOUS**
**Free Range Stasi Clerks** Responding with their **FRAUDULENT** Rulings well
before the Judges have any knowledge of or chance to review the filings. And here
it has happened YET AGAIN, with this interestingly same dated as my last filing
entered on the record (May 25th 2023) Ruling by Free Range Deputy Clerk Lisa

Ferrara, clearly once again before any assigned Judges Panel could see my filing:



*United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

May 25, 2023

Ms. Kimberly D. Hogan
900 Discovery Boulevard
Room 13102
Cedar Park, TX 78613

No. 23-50090    Hogan v. Aspire Financial
USDC No. 1:21-CV-892

Dear Ms. Hogan,

We are taking no action on the document titled "objection" because we are unable to determine the relief requested and this case is closed.

Sincerely,

LYLE W. CAYCE, Clerk

By:
Lisa E. Ferrara, Deputy Clerk
504-310-7675

Ferrara claims there is no relief requested, which is Bogus; the relief is requested in the claim itself that I demanded this case/claim that was **FRAUDULENTLY DENIED AND CLOSED** be reopened.

Here is more Supporting Proof of Free Range Clerks **FRAUD** and **TREASON** in the 5th Circuit BY YET ANOTHER CORRUPT 5TH CIRCUIT COURT CLERK Disclosed via a **NON-VIRUS LINK:**

https://lawsintexas.com/a-fifth-circuit-clerk-corruptly-impersonating-appellants-induces-finality-of-appeal/

AND, There's This Claim Of The Legal System Being "Corrupt Beyond Recognition" From Your Own **Former Chief Judge Edith Jones** Of The 5th Circuit via a **NON-VIRUS LINK:**

https://republicbroadcasting.org/news/american-legal-system-is-corrupt-beyond-recognition/


Due to ALL of what I have experienced this past near **DECADE** throughout Every Level of the Corrupt to the Core Courts I have been through in Texas since the very beginning of my Case, ALL of the **BLATANT FRAUD, COLLUSION BY PROTECTING THE GLOBAL BIG BUSINESS MONEY LAUNDERING RACKETEERS (DEFENDANTS), TREASON, WEAPONIZED COURT EVIDENCE & EXHIBITS STASI CENSORSHIP COURT STRIPPING,** led me to File an Intervention in this One of the Largest Cases In History:

# ☰ JUSTIA

🔍     Log In     Sign Up

## Missouri et al v. Biden et al

| | |
|---|---|
| **Plaintiff:** | State of Missouri, State of Louisiana, Aaron Kheriaty, Dr. Martin Kulldorff, Jim Hoft, Jayanta Bhattacharya, Jill Hines and Martin Kulldorff |
| **Defendant:** | Joseph R Biden, Jr, Jennifer Rene Psaki, Vivek H. Murthy, Xavier Becerra, Dept of Health & Human Services, Dr. Anthony Fauci, National Institute of Allergy and Infectious Diseases, Centers for Disease Control & Prevention, Alejandro Mayorkas, Dept of Homeland Security, Jen Easterly, Cybersecurity & Infrastructure Security Agency, Nina Jankowicz, Vivek H Murthy, Anthony Fauci, National Institute of Allergy & Infectious Diseases, Karine Jean-Pierre, Carol Crawford, Jennifer Shopkorn, United States Census Bureau, U.S. Department of Commerce, Robert Silvers, Samantha Vinograd, Gina McCarthy, U S Census Bureau, U S Dept of Commerce, Andrew Slavitt, Rob Flaherty, Courtney Rowe, Clarke Humphrey, Benjamin Wakana, Subhan Cheema, Dori Salcido, Timothy W Manning, Dana Remus, Aisha Shah, Laura Rosenberger, Mina Hsiang, U S Dept of Justice, Federal Bureau of Investigation, Laura Dehmlow, Elvis M Chan, Jay Dempsey, Kate Galatas, Eric Waldo, Yolanda Byrd, Christy Choi, Tericka Lambert, Joshua Peck, Janell Muhammed, Matthew Masterson, Lauren Protentis, Geoffrey Hale, Allison Snell, Kim Wyman, Brian Scully, Zachary Henry Schwartz, Lorena Molina-Irizarry, Kristin Galemore, U S Food & Drug Administration, Erica Jefferson, Michael Murray, Brad Kimberly, U S Dept of State, Leah Bray, Samaruddin K Stewart, Daniel Kimmage, Alexis Frisbie, U S Dept of Treasury, Wally Adeyemo, U S Election Assistance Commission, Mark A Robbins, Kristen Muthig and Hugh Auchincloss |
| **Petitioner:** | Judson Witham, Kimberly D Hogan, Mike Webb, Charlene Bollinger, Robert F Kennedy, Jr and Joseph Mercola |
| **Amicus Curiae:** | Alliance Defending Freedom, Buckeye Institute and Childrens Health Defense |
| **Case Number:** | 3:2022cv01213 |
| **Filed:** | May 5, 2022 |

Case 3:22-cv-01213-TAD-KDM  Document 200  Filed 02/09/23  Page 1 of 2 PageID #: 10047

(

**RECEIVED**

FEB 09 2023

In the United States District Court
Louisiana Western District Court
(U.S. District Courts)
800 Lafayette, Suite 2100 Lafayette, LA 70501, USA

TONYR MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
BY_____

| Missouri | ) | |
| Louisiana Et Al | ) | Cause  3:22-CV-01213 |
| VS | ) | Statement Of Facts |
| Joe Biden Et Al | ) | |

## STATEMENT OF FACTS

**CENSORSHIP Is Not Just happening on Social Media Platforms, CENSORSHIP IS HAPPENING UPON COURT RECORDS/DOCKETS AS WELL!**

On May 15th, 2017 I Filed a Petition into Texas Williamson County 395th District Court where Venue got changed to the Dallas 162nd District Court, where from there and every Court after: The Dallas 5th Appellate Court, The SCOTEX, and Now U.S. Federal District Court Texas Western Austin Division, my INDISPUTABLE PROOF Evidence and Exhibits were continuously COURT STRIPPED and CENSORED. This is what led me to File an Intervention into this MASSIVE Censorship Case in Louisiana. Any and Every Filing's Supporting PDF Docs of Indisputable PROOF Evidence and Exhibits were continuously STRIPPED from the Record to ensure they would Not be seen, and so that I had no way of winning my case. Here attached is the Link for my 3rd Amended Notice of Appeal, Complaint, And Removal For The FRAUD and CENSORSHIP Upon And By Each Of The Courts Listed Above:

https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:cbb5949c-9305-4328-b8b0-7a06a8d7688a

7

The CENSORSHIP And Violations Of The People's Rights Will NOT Be Tolerated!

Petitioner:
/s/ Kimberly D. Hogan
Kimberly D. Hogan
10015 Lake Creek Pkwy #621

Here is the Updated Statement of Facts **NON-VIRUS LINK** In the
CENSORSHIP case No. 3:22-CV-01213 that includes the link to THIS FILING:
https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:0bded2f8-e461-4cd0-
8a57-0f5dad710997

 Censorship is not just happening on Social Media Platforms, it is taking place in
our Courts to prevent cases like mine from being seen by the public and won!  I
have Filed as an Intervenor into this Historical Case ALL of what my experiences
have been throughout ALL of the Corrupt To The Core Courts so All Eyes Can See
just how **Dirty TREASONOUS and WEAPONIZED** the United States Courts
Truly have become; I have Filed a copy of "THIS" **OBJECTION** / Filing #5 into
that case as well!  MANY MANY People **GLOBALLY** Are Keeping an eye on
and Closely Following **Both** of these Cases!  The **TRUTH always comes out in
The End!**  Like this Breaking News Truth here:
https://www.europarl.europa.eu/cmsdata/161094/7%20-%2001%20EPRS_Underst
anding%20money%20laundering%20through%20real%20estate%20transactions.p
df

The same operation as the Defendants in my case that are clearly being Protected!

BlackRock, State Street, Vanguard finances all the Judges Pensions,
Aspire / Texas Lending and the US Courts and Government. The Judges in
this matter are financed by the Investors that finance Kevin and Katy Miller
.... all the same Financial Machine.  https://stopworldcontrol.com/monopoly/

Which side of History do you choose to be on!?

**RE-OPEN MY CASE IMMEDIATELY!!!!  I WANT MY PRAYER/RELIEF THAT IS CLEARLY STATED IN MY CLAIM!!!!**

Respectfully Submitted,

**/s/ Kimberly D. Hogan**  (Accepted as a LEGAL "ELECTRONIC SIGNATURE"!)

Kimberly D. Hogan

900 Discovery Blvd. #13102

Cedar Park, Texas 78613

kdhogan@ymail.com

(303) 246-1587

June 5th, 2023



Kimberly D. Hogan
900 Discovery Blvd 13102
Cedar Park, Texas 78613

United States Fifth Circuit Court of Appeals
600 Maestri Place Suite 115
New Orleans, Louisiana 70130

U.S. POSTAGE PAID
CEDAR PARK, TX
78613
AMOUNT
$2.22
R2304M11525E-05