# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 08, 2023

Ms. Kimberly D. Hogan
900 Discovery Boulevard
Room 13102
Cedar Park, TX 78613

    No. 23-50090   Hogan v. Aspire Financial
                          USDC No. 1:21-CV-892

Dear Ms. Hogan,

We are taking no action on your document titled "5th Notice" because your case is closed. Any future documents of this nature received will not be acted on nor acknowledged.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Lisa E. Ferrara, Deputy Clerk
504-310-7675