# SUPREME COURT OF THE UNITED STATES

Kimberly D. Hogan Pro se
Plaintiff / Appellant

Appeal from the U. S. Fifth Circuit Court of Appeals
No. 23-50090
Appeal from the USDC for the Western District of Texas
USDC CASE NUMBER: 1:21-CV-00892-RP

Aspire Financial, Inc. D/B/A Aspire Lending
and Council Donald E. Uloth
Defendants / Appellees



## NOTICE
## DEMAND FOR JUSTICE!
## NOT A WRIT OF CERTIORARI
## UNCONSTITUTIONAL RULES OF PROCEDURE
## NOTICE AND COMPLAINT WITH PROOF OF FRAUD COLLUSION AND TREASON CONDUCTED BY ALL THE LOWER COURTS MOSTLY VIA FREE RANGE WEAPONIZED CORRUPT STASI CLERKS CENSORING AND COURTSTRIPPING

Non-Virus #SAVETHETREES Searchable Link For SCOTUS Notice/Demand click here:
https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:492dfff3-d64f-41a2-887d-7ccddb513233

### 1. Plaintiff / Appellant:
Plaintiff: Kimberly D. Hogan Pro se
900 Discovery Blvd. #13102
Cedar Park, Texas 78613
kdhogan@ymail.com
(303)246-1587

July 31st, 2023

# SUPREME COURT OF THE UNITED STATES

Kimberly D. Hogan  Pro se
Plaintiff / Appellant

                      Appeal from the U. S. Fifth Circuit Court of Appeals
                                                No. 23-50090
                      Appeal from the USDC for the Western District of Texas
                              USDC CASE NUMBER: 1:21-CV-00892-RP

Aspire Financial, Inc. D/B/A Aspire Lending
and Council Donald E. Uloth
Defendants / Appellees

## PROOF OF SERVICE

On July 31st, 2023, I Kimberly D. Hogan Pro Se served a true and correct copy of the foregoing Petitioner's MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* and SCOTUS NOTICE and DEMAND FOR JUSTICE within 3 Calendar Days  By Email and through U.S. Postal Service to Donald E. Uloth don.uloth@uloth.pro Counsel for Respondent, and the rest of the following added Parties / Defendants: Clerk Felicia Pitre, Court Coordinator Melinda Thomas, Clerk Lisa Matz, Deputy Clerk Kristen Golby, Clerk Blake A. Hawthorne, Judge Robert Pitman, Magistrate Judge Mark Lane, Tyler Technologies, Deputy Clerk Lisa E. Ferrara, Mystery "Deputy Clerk" Melissa Shanklin, Judge James E. Graves Jr., Judge James Ho, Judge Jennifer Walker Elrod, Chief Judge Priscilla Richman, and BLACKROCK CEO Larry Fink

I declare under penalty of perjury that the foregoing is true and correct.


Respectfully Submitted,

**/s/ Kimberly D. Hogan**  (Accepted as a LEGAL "ELECTRONIC SIGNATURE"!)

Kimberly D. Hogan

900 Discovery Blvd. #13102

Cedar Park, Texas 78613

kdhogan@ymail.com

(303)246-1587


                                              July 31st, 2023

/

# SUPREME COURT OF THE UNITED STATES

Kimberly D. Hogan  Pro se
Plaintiff / Appellant

                      Appeal from the U. S. Fifth Circuit Court of Appeals
                                                   No. 23-50090
                      Appeal from the USDC for the Western District of Texas
                          USDC CASE NUMBER: 1:21-CV-00892-RP

Aspire Financial, Inc. D/B/A Aspire Lending
and Council Donald E. Uloth
Defendants / Appellees

## MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

The Petitioner asks for leave to file the NOTICE and DEMAND for JUSTICE (non-writ of certiorari) without prepayment of costs and to proceed *in forma pauperis*.

Petitioner has previously been granted leave to proceed *in forma pauperis* in the following courts:
Dallas County 162nd District Court, Dallas 5th Court of Appeals, SCOTEX, and USDC Western District of Texas. Case was FRAUDULENTLY Dismissed and Closed by 5th Circuit Court of Appeals before getting opportunity for *in forma pauperis* to be granted.

Respectfully Submitted,

/s/ **Kimberly D. Hogan**  (Accepted as a LEGAL "ELECTRONIC SIGNATURE"!)

Kimberly D. Hogan

900 Discovery Blvd. #13102

Cedar Park, Texas 78613

kdhogan@ymail.com

(303) 246-1587

                                    July 31st, 2023

Kimberly D. Hogan
900 Discovery Blvd.
#13102
Cedar Park, TX. 78613

AUSTIN TX 786
RIO GRANDE DISTRICT
1 AUG 2023 PM 4 L

70130-344040

U.S. 5th Circuit Court of Appeals
Deputy Clerk Lisa E. Ferrara
600 Maestri Place, Suite 115
New Orleans, Louisiana
70130