# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 04, 2023

Ms. Kimberly D. Hogan
900 Discovery Boulevard
Room 13102
Cedar Park, TX 78613

          No. 23-50090    Hogan v. Aspire Financial
                          USDC No. 1:21-CV-892

Dear Ms. Hogan,

We are taking no action on your U.S. Supreme Court documents.  We
do not require copies of documents filed in other courts. This
case is closed.


              Sincerely,

              LYLE W. CAYCE, Clerk

              By: _____
              Lisa E. Ferrara, Deputy Clerk
              504-310-7675